UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

_Eric Seymour Williams_

(Enter full name of Plaintiff(s))

vs. _Al Menendez_
_Superintendant of Operations_,
_Brian Waterman_
_Planning Administrator_,
_Heather Teter_
_Marketing Specialist_,
_Mercedes Jones_
_Staff Assistant_

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CASE NO: _4:11cv306-RH/WCS_
(To be assigned by Clerk)

```
      Tallahassee Main Post Office
         TALLAHASSEE, Florida
              323019998
           1143840680 -0093
06/21/2011    (850)216-4304    06:16:49 PM

                Sales Receipt
Product         Sale  Unit       Final
Description     Qty   Price      Price

44c Love:        1    $0.44      $0.44
Pansies in a
Basket PSA
44c #10          1    $0.54      $0.54
Seabiscuit
Envelope

Total:                           $0.98

Paid by:
Cash                             $1.00
Change Due:                     -$0.02
```

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 06/22/11 USDC FLN 4AM 1003

I. **PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Eric Seymour Williams
Mailing address: P.O. Box 145
Tallahassee, FL 32302

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Al Menendez
Official position: Supt/Intendent of Operations
Employed at: StarMetro
Mailing address: 555 Appleyard Drive
Tallahassee, FL 32304

(2) Defendant's name: Brian Waterman
Official position: Planning Administrator
Employed at: StarMetro
Mailing address: 555 Appleyard Drive
Tallahassee, FL 32304

(3) Defendant's name: Heather F.H. Teter
Official position: Marketing Specialist
Employed at: StarMetro
Mailing address: 555 Appleyard Drive
Tallahassee, FL 32304

(4) Defendant's name: Mercedes Jones
Official position: Staff Assistant
Employed at: StarMetro
Mailing address: 555 Appleyard Drive
Tallahassee, FL 32304

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. **STATEMENT OF FACTS:**
State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

### III. STATEMENT OF FACTS:

On or about the 1st of May I began thinking of ways to help with the transition from the Old Starmetro Bus System to the New, Effective 7-11-11 (7 come 11). I prepared a Route Conversion table/form (a one sheet document to help The Rider prepare for the route changes **DUE TO COME IN EFFECT 7-11-11**). It list the old numbered routes 1-80x. And the New Lettered Routes A – T or "Azalea" to "Tall Timber". See attached Exhibit 3.1.

I was asked by Starmetro employee Brian Waterman; **NOT TO PASS OUT THE FLYER I created**. But, to become a Volunteer Ambassador, to help with the implementation of the new system. I was scheduled (told I would attend the 1st Ambassador class to be held on June 13th, 2011. I began to receive resistance from Bus Supervisors at the Bus Annex.

On May 17th I received a voice mail from Brian Waterman noted above. In our phone conversation later that day I told him I was not passing the flyers out. That I gave one to a Female Starmetro Driver to get others help with questions like if I was taking Route 1 which letter route do it become. Brian again thanked me for my cooperation and said he would get me in the Ambassador's class. On May 20th I received a voice mail from Mercedes Jones, stating that she was the person that schedules volunteers for the class. On the afternoon of May 20th at Starmetro's office on Appleyard Ave I spoke face to face with both Mercedes Jones and Heather Teter. I understood that I was officially scheduled for the Ambassador's class for June 13th.

On May 23rd I was arrested and life banned from Starmetro as set forth in Case No: 4:11 CV299-RH/WCS as amended.

I believe Starmetro Employees operated alone and or in concert to have me arrested banned from Starmetro in violation of my civil rights.

3

PHILEMON
FELLOWSHIP
INTERNATIONAL
P.O. Box 146
Tallahassee, FL 32302

Eric Williams
Coordinator

150 St. Francis Street
Tallahassee, FL 32301
Phone: 850-251-2502
Fax: 850-251-5667
Email:
evwilliams01@gmail.com
http://www.philemonbrother.org/

Don't Be Confused on July 11th

Do Your 7 Come 11 Trip Plan Today.

Call: 850-251-2502

Email: PhilemonBrother@gmail.com

Old Route to New Route Conversion

<u>Old Routes</u>

1,2,4,5,6,7,8,11,12,13,14,15,16,17,18,

19,20,21,22,23,24,25,26,53,54,80x

Night & Sunday

28,29,30,31,32,33

<u>New Route</u>

- A- Azalea Route
- B- Big Bend Route
- C- Canopy Route
- D- Dogwood Route
- E- Evergreen Route
- F- Forest Route
- G- Gulf Route

- L- Live Oak Route

- M- Moss Route

- R- Red Hills Route

- S- San Luis Route

- T- Tall Timbers Route



# RIDE GUIDE
## Effective July 11, 2011

Retail Price: $1.00

All New! Just For You.


starmetro

IV. **STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

### IV. STATEMENT OF CLAIMS:

I did not willfully do anything to cause a problem at neither City Hall nor Starmetro. My civil rights have been violated. I have a right to access City Hall and a right to ride the public transportation system.

I have been bared for life. Access to City Hall and to ride the Bus system. I am a Viet Nam Era Disabled Vet, Homeless and now without access to The Bus System.

Employees of City Hall and Starmetro Operated in Context to Violate my Civil Rights

V. **RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

I Pleed the Court to Award me $11,600,000 — For Suffering Mental Stress (I am Hopeless with Hopeless Measure) Forced to Walk Instead of Riding the Bus, The Humiliation In Front of my Fellow Students at FAMU–FSU and Going Through The Discrimination I will Have to Endure For Life as a result of the Rights Taken from me By Starmetro Employees

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

June 22 2011
(Date)

[Signature]
(Signature of Plaintiff)

Revised 07/02

4